**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (BAR NO. 126002)
EVA YANG (BAR NO. 306215)
1 Embarcadero Center, Suite 1050
San Francisco, California 94111
Telephone:     (213) 892-9200
Facsimile:     (213) 892-9494
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

Attorneys for Defendant
UNITED LEGWEAR COMPANY, LLC D/B/A
UNITED LEGWEAR & APPAREL CO.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BABKA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED LEGWEAR COMPANY, LLC d/b/a UNITED LEGWEAR & APPAREL CO.<br><br>Defendant. | Case No. 4:26-cv-01702-SK<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-1(a) TO EXTEND TIME FOR DEFENDANT UNITED LEGWEAR COMPANY, LLC d/b/a UNITED LEGWEAR & APPAREL CO. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed:    February 26, 2026 |

- 2 -

Pursuant to Civil Local Rule 6-1(a), which permits the Parties, without a Court order, to stipulate in writing to extend the time within which to answer or otherwise respond to a complaint so long as the change will not alter the date of any event or any deadline already fixed by Court order, plaintiff Zachary Babka and defendant United Legwear Company, LLC d/b/a United Legwear & Apparel Co. ("United Legwear") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, plaintiff filed its complaint against United Legwear on February 26, 2026;

WHEREAS, plaintiff previously agreed to grant United Legwear a 30-day extension to respond to the complaint, and the Parties filed a stipulation on May 1, 2026 reflecting the same;

WHEREAS, pursuant to the Parties' stipulation, United Legwear's responsive pleading is presently due on June 3, 2026;

WHEREAS, the Parties are presently evaluating the potential resolution of this action as against United Legwear without the need for further court involvement;

WHEREAS, plaintiff agreed to grant United Legwear a further 30-day extension to respond to the complaint, accounting for intervening holidays, such that United Legwear's responsive pleading will be due on July 6, 2026;

WHEREAS, the following stipulated extension of time will not otherwise affect any deadlines currently set by the Court or other applicable rules;

NOW THEREFORE, the Parties agree that United Legwear shall have until July 6, 2026, to file its responsive pleading in the above-captioned action.

**IT IS SO STIPULATED.**

Dated:  June 1, 2026

**NORTON ROSE FULBRIGHT US LLP**
EVA YANG


By _/s/ Eva Yang_____
    EVA YANG
    Attorney for Defendant
    UNITED LEGWEAR COMPANY, LLC
    D/B/A UNITED LEGWEAR &
    APPAREL CO.


Dated:  June 1, 2026

**BURSOR & FISHER, P.A.**
PHILIP L. FRAIETTA


By _/s/ Philip Fraietta_____
    PHILIP L. FRAIETTA
    Attorney for Plaintiff
    ZACHARY BABKA

- 3 -

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated:  June 1, 2026

*/s/ Eva Yang*

_____

EVA YANG

STIPULATION TO EXTEND TIME FOR DEFENDANT UNITED LEGWEAR COMPANY, LLC
D/B/A UNITED LEGWEAR & APPAREL CO. TO RESPOND TO PLAINTIFF'S COMPLAINT